NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**STOCKTON EAST WATER DISTRICT,**
*Plaintiff*

**CENTRAL SAN JOAQUIN WATER
CONSERVATION DISTRICT,**
*Plaintiff-Appellant*

**SAN JOAQUIN COUNTY, STOCKTON CITY,
CALIFORNIA WATER SERVICE COMPANY,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2017-2431

_____

Appeal from the United States Court of Federal Claims in No. 1:04-cv-00541-EDK, Judge Elaine Kaplan.

_____

**JUDGMENT**

_____

ROGER J. MARZULLA, Marzulla Law, LLC, Washington, DC, argued for plaintiff-appellant. Also represented by NANCIE GAIL MARZULLA.

JIMMY MCBIRNEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ROBERT EDWARD KIRSCHMAN, JR., BRIAN A. MIZOGUCHI, JOSEPH H. HUNT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 17, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court